# Court of Appeals
# of the State of Georgia

ATLANTA,  March 20, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0952.  PRESIDENT  v.  EMORY  CHASE  CONDOMINIUM ASSOCIATION, INC.**

Frances President has not filed an enumeration of error or brief within 20 days of the docketing of this appeal, as directed. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  03/20/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen
_____ , *Clerk.*